UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FIDEL ANTONIO MONTOYA, an individual, a/k/a Fidel Montoya Gomez, d/b/a El Salvador Pupuseria Tita's, and the marital community of Fidel Antonio Montoya and Sonia Y. Gomez, <br><br> Defendants. | No. C19-665-RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES |

This matter comes before the Court on Plaintiff G & G Closed Circuit Events, LLC's Motion for Attorney Fees. Dkt. #17.  On July 13, 2020, the Court granted Plaintiff's Motion for Default Judgment against Fidel Antonio Montoya based on claims under 47 U.S.C. § 605 and permitted Plaintiff to file a separate motion for attorney's fees. Dkt. #15.

District courts have broad discretion to determine the reasonableness of fees. *Gates v. Deukmejian*, 987 F.2d 1392, 1398 (9th Cir. 1992).  To make this determination, courts determine the "lodestar amount," which is calculated by multiplying the number of hours reasonably

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES - 1

expended by a reasonable hourly rate.  *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 978 (9th Cir. 2008).  The lodestar figure is presumptively a reasonable fee award.  *Id.* at 977.

The Court finds that Plaintiff is entitled to fees as the prevailing party pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), and has set forth adequate evidence to support an hourly rate of $350 for attorney and $175 for paralegal.  The total requested amount of $4,000, less than the lodestar calculation, is reasonable based on the hours worked and nature of this case.

Accordingly, the Court hereby finds and ORDERS that Plaintiff's Motion for Attorney Fees, Dkt. #17, is GRANTED.  Defendants shall pay Plaintiff $4,000 as an attorney fee award.

DATED this 31st day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 2